**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **National Pharmacy Acquisition, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  National Infusion Services<br>DBA  National Pharmacy LTC<br>DBA  Advantage RX<br>DBA  National Specialty Infusion Pharmacy<br>DBA  National Specialty Pharmacy |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1508782** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**5344 Brittany Drive**<br>**Baton Rouge, LA 70808**<br>Number, Street, City, State & ZIP Code<br><br>**East Baton Rouge**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **National Pharmacy Acquisition, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:

  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **National Pharmacy Acquisition, LLC**                                    Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **National Pharmacy Acquisition, LLC**  Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor __National Pharmacy Acquisition, LLC__   Case number (*if known*) _____
       Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 17, 2023__
MM / DD / YYYY

X **/s/ Sharon LeBouef**            **Sharon LeBouef**
Signature of authorized representative of debtor   Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Noel Steffes Melancon**      Date **February 17, 2023**
Signature of attorney for debtor             MM / DD / YYYY

**Noel Steffes Melancon 30072**
Printed name

**The Steffes Firm, LLC**
Firm name

**13702 Coursey Blvd.**
**Building 3**
**Baton Rouge, LA 70817**
Number, Street, City, State & ZIP Code

Contact phone **225-751-1751**   Email address **nmelancon@steffeslaw.com**

**30072 LA**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896

Office of the U.S. Attorney
777 Florida Street, Ste. 208
Baton Rouge, LA 70801

AFS Record Storage Center
4150 Jeffrey Drive
Baton Rouge, LA 70816

Allergan USA, Inc.
12975 Collections Center Drive
Chicago, IL 60693-0129

American General Life Insurance
Payment Processing Center
PO Box 305293
Nashville, TN 37230

ASD Specialty Healthcare, LLC
5025 Plano Parkway
Carrollton, TX 75010

B Braun
PO Box 780433
Philadelphia, PA 19178-0433

B. Braun Medical, Inc.
824 Twelfth Avenue
Bethlehem, PA 18018

Baxter Healthcare
PO Box 730531
Dallas, TX 75373

```
Biologix Direct
5025 Plano Parkway
Carrollton, TX 75010


Bluepax Pharmaceuticals
160 Raritan Center Parkway
Unit 1
Edison, NJ 08837


Brightree
PO Box 101513
Atlanta, GA 30392-1513


Brightree, LLC
125 Technology Parkway
Norcross, GA 30092


Brothers Healthcare, Inc.
11705 Slate Avenue
Suite 200
Riverside, CA 92505


Capital One, NA
1680 Capital One Drive
Mc Lean, VA 22102


Cardinal Health
PO Box 847643
Dallas, TX 75284-7643


Chase Bank
PO Box 15298
Wilmington, DE 19850


CIT Bank NA
10201 Centurion Parkway N.
#100
Jacksonville, FL 32256


Clifton Harrell White
5023 Waterford Drive
Zachary, LA 70791
```

Concord Couriers, LLC
4161 Roseland Drive
Port Allen, LA 70767


Core Clinics, LLC
10059 N. Reiger Road
Baton Rouge, LA 70809


Daniel D. Brown
PO Box 800
Saint Francisville, LA 70775


Dynamic Infusion Therapy
2600 N. Central Expressway
Suite 280
Richardson, TX 75080


E. Trent McCarthy
7922 Picardy Avenue
Baton Rouge, LA 70809


Electronic Business Systems
PO Box 77861
Baton Rouge, LA 70879-7861


Garrety and Associates
11816 Sunray Avenue
Baton Rouge, LA 70816


Henry S. Rauschenberger
Jones Walker, LLP
445 North Blvd., Suite 800
Baton Rouge, LA 70802


Hershel R. Chapin
H.R. Chapin, Attorney & Counselor, PLLC
4301 Alpha Road
Dallas, TX 75244


IMS, Inc.
594 Territorial Drive
Bolingbrook, IL 60440

Integral RX
PO Box 890835
Charlotte, NC 28289-0835


Integrated Commercialization Solutions
3101 Gaylord Parkway
Frisco, TX 75034


James LeBouef
4368 Blecker Drive
Baton Rouge, LA 70809


Jeff Adams
18487 Lake Camelia Avenue
Baton Rouge, LA 70817


Mary Ellen P. Smith
Grisham & Kendall, PLLC
5910 N. Central Expressway
Suite 925
Dallas, TX 75206


McKesson Corporation and its Affiliates
401 Mason Road
La Vergne, TN 37086


McKesson Medical Surgical, Inc.
PO Box 204786
Dallas, TX 75320-4786


McKey Business Group, APC
9522 Brookline Avenue
Suite 213
Baton Rouge, LA 70809


Morris & Dickson Co., LLC
Attn: Beverly Barr
410 Kay Lane
Shreveport, LA 71115


National Funding, Inc.
95300 Towne Centre Drive
Suite 120
San Diego, CA 92121

```
Office Depot
PO Box 660113
Dallas, TX 75266-0113


Olinde & Mercer, LLC
6700 Jefferson Highway
Building 7
Suite B
Baton Rouge, LA 70806


Omnicell, Inc.
PO Box 204650
Dallas, TX 75320-4650


Owen Rentals 808 Causeway, LLC
3204 W. Metairie Avenue South
Metairie, LA 70001


Parish of East Baton Rouge
Sid J. Gautreaux, III
Sheriff and Tax Collector
PO Box 70
Baton Rouge, LA 70821


PCSA, LLC
PO Box 84158
Baton Rouge, LA 70884


Redsail Technologies
PO Box 890898
Charlotte, NC 28289


Sales Tax Section
Department of Finance - Revenue Division
City of Baton Rouge
PO Box 2590
Baton Rouge, LA 70821-2590


Sharon and Randy LeBouef
4368 Blecker Drive
Baton Rouge, LA 70809


Sharon LeBouef
4368 Blecker Drive
Baton Rouge, LA 70809
```

Sheriff & Tax Collector
Jefferson Parish
1233 Westbank Expressway
4th Floor
Harvey, LA 70058


Shred-It
128 North Bud Street
Scott, LA 70583


Sidney H. Scheinberg
Godwin Bowman PC
1201 Elm Street
Suite 1700
Dallas, TX 75270-2041


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288


Stewart Spielman
Hinshaw & Culbertson, LLP
400 Convention Street, Suite 1001
Baton Rouge, LA 70802


Stratus Building Solutions of SE LA
4430 S I-10 Service Road W.
Suite 101
Metairie, LA 70001


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


United Healthcare Services, Inc.
PO Box 19032
Green Bay, WI 54307-9032


US Small Business Administration
Louisiana District Office
500 Poydras Street, Suite 828
New Orleans, LA 70130


Wolters Kluwer Health
PO Box 1610
Hagerstown, MD 21741-1610

```
Zarges, Inc.
1440 Center Park Drive
Charlotte, NC 28217
```